IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| REBECCA FAILING, | § | |
| | § | No. 137, 2019 |
| Claimant-Below, | § | |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | C.A. No. K18A-07-002 |
| | § | |
| Employer-Below, | § | |
| Appellee. | § | |
| | § | |

Submitted: September 25, 2019
Decided: October 3, 2019

Before **STRINE**, Chief Justice; **VAUGHN** and **SEITZ**, Justices.

# O R D E R

This 3rd day of October 2019, the Court having considered this matter on the briefs filed by the parties has determined that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its order dated February 25, 2019.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

/s/ James T. Vaughn, Jr.
Justice